IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:12-cv-00229-MR

KENNETH BURKE and
LILIANA MICOLI,

    Plaintiffs,

vs.

**O R D E R**

BANK OF AMERICA, N.A.,
ANDREA DICKENS, and
RONALD BERG,

    Defendants.

**THIS MATTER** is before the Court on the Plaintiffs' Motion to Dismiss Claims against Defendant Andrea Dickens [Doc. 30].

For the reasons stated in the Plaintiffs' Motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Plaintiffs' Motion to Dismiss [Doc. 30] is **GRANTED**, and Defendant Andrea Dickens is hereby **DISMISSED WITHOUT PREJUDICE** from this action.

**IT IS SO ORDERED.**

Signed: April 18, 2013

Martin Reidinger
United States District Judge