## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION

KENNETH BURKE
and LILIAN MICOLI,                    Plaintiffs,
                    v.

BANK OF AMERICA, N.A                                    Case No. 1:12-cv-00229
and  RONALD BERG.,
                                      Defendants
_____


TIMOTHY McMCARTHY,

                                      Plaintiff,
                    v.
                                                       Case No. 1:12-cv-00232
BANK OF AMERICA, N.A.

and RONALD BERG.,                     Defendants


JOHN KELLY,

                                      Plaintiff,
                    v.
                                                       Case No. 1:12-cv-00238
BANK OF AMERICA, N.A.

and RONALD BERG.,                     Defendants
_____


KENNETH HANCOCK,

                    v.                Plaintiff,       Case No. 1:12-cv-00239

BANK OF AMERICA, N.A.,

and RONALD BERG.,

                                      Defendants

WILLIAM BURNS,

                              v.                    Plaintiff,

                                                                     Case No. 1:12-cv-00240

BANK OF AMERICA, N.A.,

and RONALD BERG.,

                                            Defendants

_____


Pending before the Court are the Consent Motions to Select Mediator Ray Owens.   For good cause shown, the Court **GRANTS** the motions [# 40 in 1:12cv229; # 42 in 1:12cv232; # 41 in 1:12cv238; # 41 in 1:12cv239; # 41 in 1:12cv240].  In order to avoid such motions in the future, Ray Owens may want to contact the Clerk's Office and have himself placed on the list of certified mediators for the Asheville Division of the United States District Court for the Western District of North Carolina.

                              Signed: December 30, 2013



                              Dennis L. Howell
                              United States Magistrate Judge