IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| KENNETH BURKE and LILIAN MICOLI, | Plaintiffs, | |
| v. | | Case No. 1:12-cv-00229 |
| BANK OF AMERICA, N.A and RONALD BERG., | Defendants | |

| | | |
|---|---|---|
| TIMOTHY McMCARTHY, | Plaintiff, | |
| v. | | Case No. 1:12-cv-00232 |
| BANK OF AMERICA, N.A. and RONALD BERG., | Defendants | |

| | | |
|---|---|---|
| JOHN KELLY, | Plaintiff, | |
| v. | | Case No. 1:12-cv-00238 |
| BANK OF AMERICA, N.A. and RONALD BERG., | Defendants | |

| | | |
|---|---|---|
| KENNETH HANCOCK, | Plaintiff, | |
| v. | | Case No. 1:12-cv-00239 |
| BANK OF AMERICA, N.A., and RONALD BERG., | Defendants | |

WILLIAM BURNS,

                 v.        Plaintiff,       Case No. 1:12-cv-00240

BANK OF AMERICA, N.A.,

and RONALD BERG.,

                        Defendants

Pending before the Court are the Joint Motions for Extension of Time for Mediation. For good cause shown, the Court **GRANTS** the motions [# 49 in 1:12cv229; # 51 in 1:12cv232; # 49 in 1:12cv238; # 49 in 1:12cv239; # 49 in 1:12cv240]. The Court **EXTENDS** the mediation deadline in these cases until October 27, 2014.

Signed: October 2, 2014

Dennis L. Howell
United States Magistrate Judge